Opinion issued December 15, 2011

     

 

 

 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



NO. 01-11-00682-CR

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



IN RE TEODORO ESCOBAR ROBLES, Relator

 

 



Original Proceeding on Petition for Writ of Mandamus

 

 



MEMORANDUM OPINION [1]

 

By petition for writ of mandamus, relator, Teodore Escobar Robles,
seeks mandamus relief, complaining that the trial court has refused to rule on
his request for DNA testing.  The trial
court denied relator’s request for DNA testing on
August 2, 2011.

We DENY 
the petition for writ of mandamus.              

Per Curiam

 

Panel consists of Chief Justice Radack and Justices
Bland and Huddle.    

 

Do not publish. Tex.
R. App. P. 47.2(b).

 

       











[1]           The
underlying case is State v. Robles, No. 1161114 in the 248th District
Court of Harris County, Texas, the Hon. Joan Campbell, presiding.